## In re BITTERSWEET APARTMENTS COMPANY, Debtor.
## Milton SINGER v. BITTERSWEET APARTMENTS CO. et al.
### No. 5999.

Circuit Court of Appeals, Seventh Circuit.

April 8, 1937.

Milton Mallin, Harry Markheim, and Charles O. Parker, all of Chicago, Ill., for appellant Milton Singer.

John D. Peterson, of Chicago, Ill., for Barnet L. Rosset, Charles J. Young, Earl G. Krumrine, Louis J. Borinstein and A. D. Plamondon, as a committee for the protection of certain bondholders.

Bernard Nath and Frank Bloom, both of Chicago, Ill., for appellees Bittersweet Apartments Co., Debtor.

SPARKS, Circuit Judge.

Now this day come the parties by their counsel, and present and file a stipulation to dismiss this appeal, which said stipulation is in the words and figures following, to wit: "The parties hereto, by their respective attorneys of record, do hereby stipulate and agree that the appeal in the above entitled cause shall be dismissed." On consideration whereof, it is now here ordered, adjudged, and decreed by this court that this appeal be and the same is hereby dismissed, with costs.

---

## S. BLOOM v. SCHENLEY PRODUCTS COMPANY, Inc.
### No. 5616.

Circuit Court of Appeals, Seventh Circuit.

April 19, 1937.

Arnold Seeder, of Chicago, Ill., for appellant.

Mayer, Meyer, Austrian & Platt, of Chicago, Ill., for appellee.

Before EVANS, SPARKS, and MAJOR, Circuit Judges.

PER CURIAM.

Now this day come the parties by their counsel and present and file a stipulation to dismiss this appeal, which said stipulation is in the words and figures following, to wit: "It is hereby stipulated and agreed, by and between the parties hereto, by their respective attorneys of record, that the Appeal in the above entitled cause be dismissed without costs to either party." On consideration whereof, it is now here ordered and adjudged by this court that this appeal be and the same is hereby dismissed, without costs to either party, pursuant to the foregoing stipulation.

---

## V. W. BRINGLE, Appellant, v. SOUTHERN COTTON OIL COMPANY, Appellee.
### No. 7247.

Circuit Court of Appeals, Sixth Circuit.

June 4, 1937.

W. C. Rodgers, of Memphis, Tenn., for appellant.

Waring, Walker & Cox, of Memphis, Tenn., for appellee.

Before HICKS, SIMONS and ALLEN, Circuit Judges.

HICKS, Circuit Judge.

In this cause it appearing that there was a concurrent finding of facts by a special master and the District Judge, and it not appearing that there was a clear mistake in the findings of fact or any error in the application of the law to the facts, it is therefore ordered and adjudged that the decree of the District Court be and is affirmed.